UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey C. O'Neil

      v.                      Case No. 09-cv-06-SM

Hillsborough County Department
of Corrections, Superintendent, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 18, 2009, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

SO ORDERED.

April  29,  2009

                                                 Steven J. McAuliffe
                                                 Chief Judge

cc:   Jeffrey C. O'Neil, pro se